UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC.<br>    Plaintiff,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)  05- 10454 NMG<br>)<br>) |

## MOTION TO ADMIT
## PURSUANT TO LOCAL RULE 83.5.3(b)

Now comes the plaintiff, Perma-Pipe, Inc., and moves to admit Lawrence J. Quinn for the purposes of this case pursuant to Local Rule 83.5.3(b). Mr. Quinn certifies: (1) that he is a member of the Bar in good standing in each jurisdiction in which he is admitted to practice, (2) that there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction, and (3) that he has read and is familiar with the Local Rules of this Court. See Certificate of Lawrence J. Quinn attached as Exhibit A.

                                      Perma-Pipe, Inc.
                                      By its attorney,

                                      Michael P. Connolly, BBO #637642
                                      Murtha, Cullina LLP
                                      99 High Street, 20th Floor
                                      Boston, MA 02110
                                      617.457.4000 (Phone)
                                      617.482.3868 (Fax)

Dated: March 10, 2005