UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC.<br>    Plaintiff,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)   **05-10454 NMG**<br>)<br>)<br>) |

### PLAINTIFF'S RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Perma-Pipe, Inc. is a subsidiary of its parent company, MFRI, Inc., a publicly held corporation.

Respectfully Submitted,

Perma-Pipe, Inc.
By its attorney,

*/s/ Michael P. Connolly*
Michael P. Connolly, BBO #637642
Murtha, Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
617.457.4000 (Phone)
617.482.3868 (Fax)

Dated: March __, 2005

299033-1