# UNITED STATES DISTRICT COURT

District of **Massachusetts**

PERMA-PIPE, INC.

V.

BURTON H. KLEINFELD, ESQ. AND
KLEINFELD, MEYER & DEPAOLA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 10454 NMG**

FILED
CLERKS OFFICE

2005 MAR 23 P 12:09

U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Kleinfeld, Meyer & DePaola
8 Winchester Street
Boston, MA 02116
617-482-2377

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael P. Connolly, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                  MAR 10 2005

CLERK                                              DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | March 16, 2005 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Maggie Figueroa, Receptionist and**
Duly Authorized Agent for the within-named **Defendant, Kleinfeld, Meyer & DePaola.**

Said service was made at:
**8 Winchester Street, Boston**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 24.00 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 16, 2005
                    Date

Signature of Server: *Burton M Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**        **One Devonshire Place**        Telephone # (617) 720-5733
Massachusetts Constables since 1925      Boston, MA 02109                Fax #       (617) 720-5737