AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 23 P 12: 09

US DISTRICT COURT
DISTRICT OF MASS

PERMA-PIPE, INC.

V.

BURTON H. KLEINFELD, ESQ. AND
KLEINFELD, MEYER & DEPAOLA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-CV-10454 NMG

# 05 10454 NMG

TO: (Name and address of Defendant)

Burton H. Kleinfeld, Esq.
392 Hancock Street
Quincy, MA  02171
617-480-0612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Connolly, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAR 10 2005

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | March 17, 2005 |
|---|---|---|
| NAME OF SERVER   BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    392 Hancock Street, Quincy _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
    _____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
    Duly Authorized Agent for the within-named _____
    Said service was made at:
    _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 29.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 17, 2005
              Date

Signature of Server: *[signature: Burton M. Malkofsky]*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #       (617) 720-5737