UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PERMA-PIPE, INC. )
    Plaintiff, )
)
v. ) Civil Action No. 05CV10454
)
BURTON H. KLEINFELD, ESQ. and )
KLEINFELD, MEYER & DePAOLA )
    Defendants. )
)

## MOTION TO ADMIT
## PURSUANT TO LOCAL RULE 83.5.3(b)

Now comes the plaintiff, Perma-Pipe, Inc., and moves to admit Ann M. Grillo for the purposes of this case pursuant to Local Rule 83.5.3(b). Ms. Grillo certifies: (1) that she is a member of the Bar in good standing in each jurisdiction in which she is admitted to practice, (2) that there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction, and (3) that she has read and is familiar with the Local Rules of this Court. See Affidavit of Ann M. Grillo attached as Exhibit A.

                                              Perma-Pipe, Inc.
                                              By its attorney,

                                              Michael P. Connolly, BBO #637642
                                              Murtha, Cullina LLP
                                              99 High Street, 20th Floor
                                              Boston, MA 02110
                                              617.457.4000 (Phone)
                                              617.482.3868 (Fax)

Dated: March __, 2005