UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BURTON H. KLEINFELD, ESQ. and )<br>KLEINFELD, MEYER & DePAOLA )<br>    Defendants. )<br>_____ ) | Civil Action No. 05CV10454 |

## CERTIFICATE OF ANN M. GRILLO IN SUPPORT OF MOTION FOR ADMISSION PURSUANT TO LOCAL RULE 83.5.3(b)

I, Ann M. Grillo, hereby affirm and certify as follows:

1. I am a member of the Bar in good standing in every jurisdiction in which I am admitted to practice. I am a member of the following Bars:

| Bar | Date of Admission |
|---|---|
| State of Maryland | 1998 |
| U.S. District Court, District of Maryland | 1999 |
| U.S. Court of Appeals, 4th Circuit | 2001 |

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

Exhibit A

#460449v.1

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of March, 2005.

*[signature]*

Ann M. Grillo
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
410.752.9700 (Phone)
410.727.5460 (Fax)

Dated: March 18, 2005

298220-1
#460449v.1