UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC.<br>    *Plaintiff*,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>    *Defendants*. | CIVIL ACTION NO. 05-10454 NMG |

## ASSENTED TO MOTION TO EXTEND TIME
## TO FILE A RESPONSIVE PLEADING

    Perma-Pipe, Inc., Burton H. Kleinfeld, Esq., and Kleinfeld, Meyer & DePaola, by their attorneys, hereby request that this Court extend the time in which Defendants may answer or otherwise respond to the Complaint up to and including the close of business of April 26, 2005.

| Assented:<br>PERMA-PIPE, INC.,<br>By its attorneys, | Respectfully submitted,<br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>By their attorneys, |
|---|---|
| /s/ Michael Connolly<br>Mark G. DeGiacomo (BBO #118170)<br>Michael Connolly (BBO #637642)<br>MURTHA, CULLINA LLP<br>99 High Street, 20th Floor<br>Boston, Massachusetts 02110<br>617.457.4000 | /s/<br>David J. Hatem, PC (BBO # 225700)<br>A. Neil Hartzell (BBO # 544752)<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, Massachusetts 02210<br>617.406.4500 |

and

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
410.752.9700

Dated: April ___, 2005.
00905383 // 22575.54

## CERTIFICATE OF SERVICE

I, A. Neil Hartzell, hereby certify that on this __1__ day of April, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

_____
A. Neil Hartzell