UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC.<br>*Plaintiff,*<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>*Defendants.* | CIVIL ACTION NO. 05-10454 NMG |

## NOTICE OF APPEARANCES

Please enter the appearance of Douglas M. Marrano, Esq. and Rebecca L. Rausch, Esq., of Donovan Hatem LLP as counsel for the defendants.

>Respectfully submitted,
>BURTON H. KLEINFELD, ESQ. and
>KLEINFELD, MEYER & DePAOLA,
>By their attorneys,
>
>_____
>David J. Hatem, PC (BBO # 225700)
>A. Neil Hartzell (BBO # 544752)
>Rebecca L. Rausch (BBO # 661304)
>Douglas M. Marrano (BBO #644030)
>DONOVAN HATEM LLP
>Two Seaport Lane
>Boston, Massachusetts 02210
>617.406.4500

Dated: April 26, 2005

## CERTIFICATE OF SERVICE

I, Rebecca L. Rausch, hereby certify that on this 20th day of April, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Rebecca L. Rausch