UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC.<br>    *Plaintiff,*<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>    *Defendants.* | CIVIL ACTION NO. 05-10454 NMG |

### SECOND ASSENTED TO MOTION TO EXTEND TIME
### TO FILE A RESPONSIVE PLEADING

    Perma-Pipe, Inc., Burton H. Kleinfeld, Esq., and Kleinfeld, Meyer & DePaola, by their attorneys, hereby request that this Court extend the time in which Defendants may answer or otherwise respond to the Complaint up to and including May 11, 2005.

Assented:
PERMA-PIPE, INC.,
By its attorneys,

/s/ Michael Connolly
Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110
617.457.4000

and

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
410.752.9700

Respectfully submitted,
BURTON H. KLEINFELD, ESQ. and
KLEINFELD, MEYER & DePAOLA,
By their attorneys,

David J. Hatem, PC (BBO # 225700)
A. Neil Hartzell (BBO # 544752)
Rebecca L. Rausch (BBO # 661304)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, Massachusetts 02210
617.406.4500

Dated: April 26, 2005
00913836 // 22575.54

## CERTIFICATE OF SERVICE

I, Rebecca L. Rausch, hereby certify that on this 26th day of April, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Rebecca L. Rausch