UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC.<br>*Plaintiff*,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>*Defendants*. | CIVIL ACTION NO. 05-10454 NMG |

## NOTICE OF WITHDRAWAL OF DOUGLAS MARRANO ONLY

The undersigned counsel for Burton H. Kleinfeld and Kleinfeld, Meyer & DePaola hereby gives notice of his withdrawal from this case. David J. Hatem, A. Neil Hartzell, and Rebecca L. Rausch and the law firm Donovan Hatem LLP will continue to represent Burton H. Kleinfeld and Kleinfeld, Meyer & DePaola in the above-captioned matter.

Respectfully submitted,
BURTON H. KLEINFELD, ESQ. and
KLEINFELD, MEYER & DePAOLA,
By their attorneys,

_____
Douglas M. Marrano (BBO #644030)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, Massachusetts 02210
617.406.4500

Dated: April 29, 2005

## CERTIFICATE OF SERVICE

    I, Rebecca L. Rausch, hereby certify that on this 29th day of April, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo
Michael Connolly
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn
Ann Grillo
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

_Rebecca L. Rausch_
Rebecca L. Rausch