UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC. <br> *Plaintiff*, <br><br> v. <br><br> BURTON H. KLEINFELD, ESQ. and <br> KLEINFELD, MEYER & DePAOLA <br> *Defendants*. | Civil Action No. 05CV10454 |

### CERTIFICATION OF PLAINTIFF PURSUANT TO
### LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that they have conferred with a view towards establishing a budget for the cost of conducting this litigation and to consider the possibility of resolving this action through the use of alternative dispute resolution.

Perma-Pipe, Inc.,

/s/ Edward Tierney
Edward Tierney
Perma Pipe, Inc.
7720 North Lehigh Avenue
Niles, Illinois 60714

and

/s/ Lawrence J. Quinn
Lawrence J. Quinn *(admitted pro hac vice)*
Ann M. Grillo *(admitted pro hac vice)*
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

#479483v.1

Michael P. Connolly (BBO #637642)
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

*Attorneys for Plaintiff,*
*Perma Pipe, Inc.*

310655-1
#479483v.1