UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC.<br>    *Plaintiff*,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>    *Defendants*. | CIVIL ACTION NO. 05-10454 NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendant, Meyer & DePaola, misnamed in the Complaint as Kleinfeld, Meyer & DePaola, and its counsel hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorneys for Meyer & DePaola,                        Meyer & DePaola,

/s/ Rebecca L. Rausch                                  /s/ Leonard F. DePaola
David J. Hatem, PC (BBO # 225700)                      Leonard F. DePaola, Esq.
Nancy M. Reimer (BBO # 555373)                         Meyer & DePaola
Rebecca L. Rausch (BBO # 661304)                       8 Winchester Street
Donovan Hatem LLP                                      Boston, Massachusetts 02116-5424
Two Seaport Lane
Boston, MA 02210
617.406.4500

00937178 // 22575.54