UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC.<br>    *Plaintiff*,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>    *Defendants*. | CIVIL ACTION NO. 05-10454 NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendant, Burton H. Kleinfeld, Esq., and his counsel hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorneys for Burton H. Kleinfeld, Esq.,

/s/ Rebecca L. Rausch                                   /s/ Burton H. Kleinfeld
David J. Hatem, PC (BBO # 225700)         Burton H. Kleinfeld, Esq.
Nancy M. Reimer (BBO # 555373)
Rebecca L. Rausch (BBO # 661304)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617.406.4500

00937382 // 22575.54