UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PERMA-PIPE, INC.
*Plaintiff*,

v.                                                                ) CIVIL ACTION NO. 05-10454 NMG

BURTON H. KLEINFELD, ESQ. and
KLEINFELD, MEYER & DePAOLA,
*Defendants*.

## NOTICE OF APPEARANCE

Please enter the appearance of Nancy M. Reimer, of Donovan Hatem LLP as counsel for the defendants.

Respectfully submitted,
BURTON H. KLEINFELD, ESQ. and
KLEINFELD, MEYER & DePAOLA,
By their attorneys,

/s/ Nancy M. R.
David J. Hatem, PC (BBO # 225700)
Nancy M. Reimer, Esq., (BBO #555373)
Rebecca L. Rausch, Esq., (BBO # 661304)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, Massachusetts 02210
617-406-4500

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

I, Nancy M. Reimer, hereby certify that on this 23RD day of August, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn (*admission pro hac vice pending*)
Ann Grillo (*admission pro hac vice pending*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

_____
Nancy M. Reimer

00938697