UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PERMA-PIPE, INC.<br>    *Plaintiff,*<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>    *Defendants.* | CIVIL ACTION NO. 05-10454 NMG |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Rebecca L. Rausch, counsel for the Defendant, Meyer & DePaola, hereby certify that I conferred with counsel for the Plaintiff, Perma-Pipe, Inc., and attempted in good faith to resolve or narrow the issues raised in the Motion for Judgment on the Pleadings of the Defendant, Meyer & DePaola.

                                                      Rebecca L. Rausch (BBO #661304)

Dated: September 15, 2005.
00945333 // 22575.54

## CERTIFICATE OF SERVICE

    I, Rebecca L. Rausch, hereby certify that on this 15th day of September, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to all counsel of record.

                                                      Rebecca L. Rausch