UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERMA-PIPE, INC. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>BURTON H. KLEINFELD, ESQ. and )<br>KLEINFELD, MEYER & DePAOLA )<br>      Defendants. )<br>_____ ) | Civil Action No. 05CV10454 |

**CERTIFICATE OF SERVICE**

     I, Michael P. Connolly, of Murtha Cullina LLP, do hereby certify that on the 29th day of September, 2005, a copy of the **Plaintiff Perma-Pipe, Inc.'s Response To Motion For Judgment On The Pleadings Of Defendant Kleinfeld, Meyer & DePaola** was served electronically upon counsel for each party to this action**.**

                                                             /s/ Michael P. Connolly
                                                             Michael P. Connolly

314914-1