UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PERMA-PIPE, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05CV10454 |
| | ) | |
| BURTON H. KLEINFELD, ESQ. and | ) | |
| KLEINFELD, MEYER & DePAOLA | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, Michael P. Connolly, of Murtha Cullina LLP, do hereby certify that on the 15th day of

November, 2005, copies of the Plaintiff Perma-Pipe, Inc.'s Motion to Amend Complaint and the

proposed Amended Complaint were served electronically upon counsel for each party to this

action.

/s/ Michael P. Connolly_____
Michael P. Connolly

318325-1