UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PERMA-PIPE, INC.<br>*Plaintiff*,<br><br>v.<br><br>BURTON H. KLEINFELD, ESQ. and<br>KLEINFELD, MEYER & DePAOLA,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-10454 |

**OPPOSITION OF THE DEFENDANTS,
BURTON H. KLEINFELD, ESQ. AND MEYER & DePAOLA,
TO THE PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The defendants, Burton H. Kleinfeld, Esq., and Meyer & DePaola, misnamed in the Complaint as Kleinfeld, Meyer & DePaola, hereby oppose the Motion to Amend Complaint filed by the plaintiff, Perma-Pipe Inc. As grounds therefore, the defendants state as follows:

1. Perma-Pipe filed its Complaint in this matter on March 10, 2005. Over eight months later, on November 15, 2005, Perma-Pipe filed its Motion to Amend Complaint.

2. Perma-Pipe has failed to present any new evidence or information on which to base its proposed amendments to the Complaint; indeed, its proposed Amended Complaint rests on the very same exhibit which was attached to the original Complaint.

3. It is well-settled that a party should not be permitted to amend its complaint when it unduly delayed in presenting said amendments. See, e.g., Foman v. Davis, 371 U.S. 178, 182 (1962).

4. Further, Perma-Pipe bears the burden of establishing some "valid reason for [its] neglect and delay" in attempting to amend the Complaint. Acosta-Mestre v. Hilton International of Puerto Rico, Inc., 156 F.3d 49, 52 (1st Cir. 1998) (upholding the district court's denial of a motion to amend the complaint); Carter v. Supermarkets General Corp., 684 F.2d 187, 192 (1st Cir. 1982), overruled on other grounds, Burnett v. Grattan 468 U.S. 42 (1984).

5. Perma-Pipe has failed to provide any valid reason for delaying over eight months before attempting to amend the Complaint.

Accordingly, due to Perma-Pipe's undue delay in attempting to modify the Complaint, the defendants respectfully request that this honorable court DENY Perma-Pipe's Motion to Amend Complaint.

Respectfully submitted,
**BURTON H. KLEINFELD, ESQ. and MEYER & DePAOLA,**
By their attorneys,

/s/ Nancy M. Reimer
David J. Hatem, PC (BBO #225700)
Nancy M. Reimer (BBO #555373)
Rebecca L. Rausch (BBO #661304)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: November 29, 2005.
00961836
22575.54

## CERTIFICATE OF SERVICE

I, Rebecca L. Rausch, hereby certify that on this 29th day of November, 2005, I caused of copy of the foregoing document to be sent via first class mail, postage pre-paid, to:

Mark G. DeGiacomo (BBO # 118170)
Michael Connolly (BBO # 637642)
MURTHA, CULLINA LLP
99 High Street, 20th Floor
Boston, Massachusetts 02110

Lawrence J. Quinn (*admitted pro hac vice*)
Ann Grillo (*admitted pro hac vice*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202


/s/ Rebecca L. Rausch
Rebecca L. Rausch