UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
PERMA-PIPE, INC.                        )
        *Plaintiff*,                    )
                                        )            CIVIL ACTION NO. 05-10454
v.                                      )
                                        )
BURTON H. KLEINFELD, ESQ. and           )
KLEINFELD, MEYER & DePAOLA,             )
        *Defendants*.                   )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned matter hereby

stipulate that all claims which have or could have been asserted by the Plaintiff against the

Defendants in this case shall be dismissed with prejudice and without costs to any party.


Respectfully submitted,


**PERMA-PIPE, INC.,**                   **BURTON H. KLEINFELD, ESQ. and**
By its attorneys,                       **MEYER & DePAOLA,**
                                        By their attorneys,


/s/ Lawrence J. Quinn                   /s/ Nancy M. Reimer
Mark G. DeGiacomo (BBO # 118170)        David J. Hatem, PC (BBO # 225700)
Michael Connolly (BBO # 637642)         Nancy M. Reimer (BBO # 555373)
MURTHA, CULLINA LLP                     Rebecca L. Rausch (BBO # 661304)
99 High Street, 20th Floor              DONOVAN HATEM LLP
Boston, Massachusetts 02110             Two Seaport Lane
                                        Boston, MA 02210
                                        (617) 406-4500
Lawrence J. Quinn (*admitted pro hac vice*)
Ann Grillo (*admitted pro hac vice*)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202


Dated:  January 13, 2006.
00971591
22575.54

## <u>CERTIFICATE OF SERVICE</u>

I, Rebecca L. Rausch, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 13, 2006.


/s/ Rebecca L. Rausch